[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-14880

_____

D.C. Docket No. 4:18-cr-00013-HLM-WEJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS EDUARDO DUARTE CAMACHO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(July 9, 2020)

Before WILSON and JILL PRYOR, Circuit Judges, and CORRIGAN,* District
Judge.

_____

* Honorable Timothy J. Corrigan, United States District Judge for the Middle District of Florida,
sitting by designation.

PER CURIAM:

Jesus Eduardo Duarte Camacho appeals his 210-month sentence for conspiracy to possess with intent to distribute at least 500 grams of methamphetamine, possession with intent to distribute at least 500 grams of methamphetamine, and possession of a firearm in furtherance of a drug-trafficking crime.  On appeal, he argues that the district court erred at sentencing when it denied a minor-role reduction under U.S.S.G. § 3B1.2.  After reviewing the record and the briefs, and with the benefit of oral argument, we conclude that the district court did not clearly err in denying Camacho's request for a minor-role reduction. *See United States v. Bernal-Benitez*, 594 F.3d 1303, 1320 (11th Cir. 2010) (stating that we review a district court's denial of a role reduction for clear error).  Therefore, we affirm Camacho's sentence.

**AFFIRMED.**